IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**NETTIE Y. DAVIS**  **PLAINTIFF**

**VERSUS**  **CAUSE NO. 3:21-cv-616-DPJ-FKB**

**MICHAEL WATSON, Secretary of State of the**
**State of Mississippi, in His Individual and Official Capacities**  **DEFENDANT**

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT**
**MICHAEL WATSON'S MOTION TO STAY PROCEEDINGS [5]**

Plaintiff Nettie Y. Davis opposes Defendant Michael Watson's Motion to Stay Proceedings [5]. By removing the case to this Court, Defendant has waived any claim that this Court should stay a hearing of this case.

In support of this Response, Davis attaches the following evidentiary materials:

Exhibit "A":   Indictment of Nettie Davis.

A brief in opposition to Defendant's motion is being filed simultaneously herewith.

00361444.WPD

RESPECTFULLY SUBMITTED, this the 1st day of November, 2021.

NETTIE Y. DAVIS, Plaintiff

By: */s/ JIM WAIDE*
Jim Waide, MS Bar No. 6857
waide@waidelaw.com
WAIDE & ASSOCIATES, P.A.
332 North Spring Street
Tupelo, MS 38804-3955
Post Office Box 1357
Tupelo, MS 38802-1357
(662) 842-7324 / Telephone
(662) 842-8056 / Facsimile

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing this court's electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

Gerald L. Kucia
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
550 High Street, Suite 1100
P. O. Box 220
Jackson, MS 39205
Email: gerald.kucia@ago.ms.gov

DATED, this the 1st day of November, 2021.

*/s/ Jim Waide*
JIM WAIDE