IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**NETTIE Y. DAVIS** **PLAINTIFF**

**VERSUS** **CAUSE NO. 3:21-cv-616-DPJ-FKB**

**MICHAEL WATSON, Secretary of State of the
State of Mississippi, in His Individual and Official Capacities** **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL

Upon joint stipulation of the parties, by and through their respective attorneys of record, hereby stipulate and agree that in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action may be dismissed with prejudice, with each party of bear their own costs.

RESPECTFULLY SUBMITTED, this the 22nd day of September, 2023.

| | |
|---|---|
| NETTIE Y. DAVIS, Plaintiff<br>By Her Attorneys, | MICHAEL WATSON, Defendant<br>By His Attorneys, |
| */s/ JIM WAIDE*<br>Jim Waide, MS Bar No. 6857<br>waide@waidelaw.com<br>WAIDE & ASSOCIATES, P.A.<br>332 North Spring Street<br>Tupelo, MS 38804-3955<br>Post Office Box 1357<br>Tupelo, MS 38802-1357<br>(662) 842-7324 / Telephone<br>(662) 842-8056 / Facsimile | */s/ Gerald L. Kucia*<br>Gerald L. Kucia, Esq.<br>Gerald.kucia@ago.ms.gov<br>Mississippi Attorney General's Office<br>550 High Street, Suite 1100<br>Jackson, MS 39205-0220<br>(601) 359-4072 |

## **CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing this court's electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

Gerald L. Kucia, Esq.
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
550 High Street, Suite 1100
P. O. Box 220
Jackson, MS 39205
Email: gerald.kucia@ago.ms.gov

DATED, this the 22nd day of September, 2023.

                                                    /s/ ***Jim Waide***
                                                    JIM WAIDE